THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TODD ASHBACH,<br><br>　　　　　Defendant. | CASE NO. CR17-0026-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Todd Ashbach's[1] unopposed motion to continue trial (Dkt. No. 20). The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and Defendant in a speedy trial.

Defendant has filed a speedy trial waiver. (Dkt. No. 21.) Accordingly, the period of time from April 20, 2017, until May 30, 2017, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

---

[1] In Defendant's motion, counsel refers to Defendant as "Brian Ashbach." (Dkt. No. 20 at 1.) There is no evidence in the docket that Brian is a secondary name of Defendant. The Court treats this as a clerical error and assumes that counsel meant "Todd Ashbach." Should either party disagree, the Court invites a response.

MINUTE ORDER CR17-0026-JCC
PAGE - 1

IT IS THEREFORE ORDERED that the trial date in this matter is continued to May 30, 2017, and that pretrial motions shall be filed no later than April 28, 2017.

DATED this 3rd day of March 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk