THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0026-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| TODD ASHBACH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the unopposed motion to continue trial (Dkt. No. 27) and Speedy Trial waiver (Dkt. No. 28) of Defendant Todd Ashbach. The Court determines that ends of justice would be served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial and that the failure to grant a continuance of the trial date would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

//
//
//
//

It is therefore ORDERED:

1. All pretrial motions must be filed no later than September 11, 2017.

2. Jury trial is continued to November 6, 2017 at 9:30 a.m.

It is further ordered that the time period from the date of this Order until the new trial date of November 6, 2017, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 29th day of June 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk